**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85210
Telephone: (480) 839-4828
Facsimile: (480) 897-1461
heciii@haroldcampbell.com

Harold E. Campbell
State Bar No. 005160
John D. Yohe
State Bar No. 021636
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| KRISTIN M. COBLE,<br><br>     Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a corporation<br><br>     Defendant. | No. CV-15-01958-PHX-JLT<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

KRISTIN M. COBLE, ("Plaintiff"), by and through undersigned counsel, hereby submits her *Voluntary Notice of Dismissal of Complaint Without Prejudice*. Defendant, Bank of America, N.A. has not filed an Answer or responsive pleading in this case. The basis for the withdrawal of the Complaint in this matter is that the case and controversy between the parties has been resolved.

WHEREFORE, Plaintiff requests her Complaint be dismissed without prejudice and this case be closed.

DATED this 8th day of January, 2016.

**CAMPBELL & COOMBS, P.C.**

By: /s/ HEC 005160
     Harold E. Campbell
     Attorney for Plaintiff

1  ORIGINAL of the foregoing filed
   with the Court this 8th day of January 2016.
2
   COPY of the foregoing mailed this
3  8th day of January, 2016 to:

4  Robert W. Shely
   Shayna Fernandez Watts
5  BRYAN CAVE, LLP
   Two N. Central Ave., Ste. 2200
6  Phoenix, AZ 85004-4406
   Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28